Boardman v Van Dyke (2023 NY Slip Op 00528)

Boardman v Van Dyke

2023 NY Slip Op 00528

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, LINDLEY, MONTOUR, AND OGDEN, JJ.

64 CA 22-00372

[*1]HARRIET BOARDMAN, PLAINTIFF-APPELLANT,
v
JOANNE VAN DYKE AND COTE & VAN DYKE, LLP, DEFENDANTS-RESPONDENTS. 

ANDREW LAVOOTT BLUESTONE, NEW YORK CITY, FOR PLAINTIFF-APPELLANT.
PHILLIPS LYTLE LLP, ROCHESTER (DAVID L. COOK OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Monroe County (Daniel J. Doyle, J.), entered March 2, 2022. The order granted the motion of defendants for summary judgment and dismissed the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court